UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM A. DAVIS | ) | 3:11-cv-00501-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 14, 2012 |
| | ) | |
| DR. KAREN GEDNEY, et. al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff William Davis' "Motion to Compel - Defendant to Answer Good Faith Letter." (Doc. # 25).  Although styled as a "motion," the substance of plaintiff's filing is that he sent defendants' counsel a "good faith letter requesting the defendants" to answer certain "questions" which were appended to plaintiff's "motion" (*id*., at 4).  He gave defendants a deadline of July 6 to respond and as of the date of the filing of the "motion," it appears that plaintiff had received no response.

     The "motion" plaintiff filed satisfies none of the LR 26-7 criteria for filing a discovery motion.  As such, the court declines to treat plaintiff's filing as a discovery motion.  To the extent, however, plaintiff's filing constitutes a "motion," Doc. # 25 **is DENIED as moot.**

**IT IS SO ORDERED.**

                                                                                    LANCE S. WILSON, CLERK

                                                     By: _____/s/_____
                                                        Katie Lynn Ogden, Deputy Clerk