UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM A. DAVIS ) | 3:11-cv-00501-RCJ-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | August 14, 2012 |
| ) | |
| ) | |
| DR. KAREN GEDNEY, et. al., ) | |
| Defendants. ) | |
| ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u> NONE APPEARING      </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                        </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                       </u>

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Plaintiff William Davis' "Motion to Compel - Defendant to Answer Good Faith Letter." (Doc. # 25).  Although styled as a "motion," the substance of plaintiff's filing is that he sent defendants' counsel a "good faith letter requesting the defendants" to answer certain "questions" which were appended to plaintiff's "motion" (*id*., at 4).  He gave defendants a deadline of July 6 to respond and as of the date of the filing of the "motion," it appears that plaintiff had received no response.

   The "motion" plaintiff filed satisfies none of the LR 26-7 criteria for filing a discovery motion.  As such, the court declines to treat plaintiff's filing as a discovery motion.  To the extent, however, plaintiff's filing constitutes a "motion," Doc. # 25 **is DENIED as moot.**

**IT IS SO ORDERED.**

                                                           LANCE S. WILSON, CLERK


                                                           By:  <u>           /s/                </u>
                                                              Katie Lynn Ogden, Deputy Clerk