UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

WILLIAM A. DAVIS,

        Plaintiff,

   v.

DR. KAREN GEDNEY, e*t al.*,

        Defendants.

CASE NO.: 3:11-CV-00501-RCJ-WGC

O R D E R

        The Court has considered the Report and Recommendation of United States Magistrate (ECF #40) entered on April 8, 2013, in which the Magistrate Judge recommends that the Court enter an order granting Defendants' Motion for Summary Judgment (ECF #32). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

        ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #40).

        IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #32) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

        IT IS SO ORDERED this 30th day of August, 2013.

                                          _____

                                          ROBERT C. JONES

                                          UNITED STATES CHIEF DISTRICT JUDGE